IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LATASHA N. FORD,<br>Plaintiff, | : | CIVIL ACTION |
| vs. | : | NO. 20-cv-1229 |
| ANDREW SAUL,<br>Commissioner of Social Security,<br>Defendant. | : | |

## ORDER

AND NOW, this __6TH__ day of May, 2021, upon consideration of the Plaintiff's Request for Review (ECF No. 21), Defendant's response thereto (ECF No. 26), Plaintiff's Reply in Support (ECF No. 30), and for the reasons provided in the accompanying Memorandum, IT IS HEREBY ORDERED that:

1. The Plaintiff's Request for Review is **GRANTED**;

2. This matter is **REMANDED** to the Commissioner for further proceedings consistent with the Court's Memorandum accompanying this Order; and

3. This case shall be marked **CLOSED** for statistical purposes.

BY THE COURT:

   /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge